**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-20270** |
| **Jennifer Martino** | : | **Chapter 13** |
| | : | **Judge Jeffery A. Deller** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | |
| | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **September 24, 2024 at 10:00 a.m.** |
| | : | |
| **Jennifer Martino** | : | **Courtroom D, 54th Floor, U.S. Steel Tower** |
| **Richard Leonard Martino** | : | **600 Grant Street, Pittsburgh, PA 15219** |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR RELIEF AS TO RICHARD LEONARD MARTINO ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 1108 CALIFORNIA AVE, WHITE OAK, PA 15131-1303 (DOCUMENT NO. 39)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 1108 California Ave, White Oak, PA 15131-1303 ("Motion") filed on August 20, 2024, at Document No. 39 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 6, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)

24-002557_JHH

Adam B. Hall (323867)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@mdklegal.com

24-002557_JHH

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 24-20270 |
| **Jennifer Martino** | : Chapter 13 |
| | : Judge Jeffery A. Deller |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Nationstar Mortgage LLC** | : |
| Movant, | : Date and Time of Hearing |
| | : Place of Hearing |
| vs | : September 24, 2024 at 10:00 a.m. |
| | : |
| **Jennifer Martino** | : Courtroom D, 54th Floor, U.S. Steel Tower |
| **Richard Leonard Martino** | : 600 Grant Street, Pittsburgh, PA 15219 |
| **Ronda J. Winnecour** | : |
| Respondents. | : |

**CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR RELIEF AS TO RICHARD LEONARD MARTINO ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 1108 CALIFORNIA AVE, WHITE OAK, PA 15131-1303 (DOCUMENT NO. 39)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 09/09/2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 09/09/2024

By: /s/Alyk L. Oflazian
Signature
Alyk L. Oflazian, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

24-002557_JHH

<u>312912</u>
List Bar I.D. and State of Admission

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Michael S. Geisler, Attorney for Debtor, Michael S. Geisler, 1100 Penn Center Blvd., #704, Pittsburgh, PA  15235, m.s.geisler@att.net (notified by ecf)

Jennifer Martino and Richard Leonard Martino, Debtor and Codebtor, 1108 California Ave, White Oak, PA  15131-1303 (notified by regular US Mail)

24-002557_JHH