**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 24-20270 |
| **Jennifer Martino** | : | Chapter 13 |
| | : | Judge Jeffery A. Deller |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | September 24, 2024 at 10:00 a.m. |
| | : | |
| **Jennifer Martino** | : | Courtroom D, 54th Floor, U.S. Steel Tower |
| **Richard Leonard Martino** | : | 600 Grant Street, Pittsburgh, PA 15219 |
| **Ronda J. Winnecour** | : | |
| Respondents. | : | Related to Doc. #39 |

### ORDER OF THE COURT

AND NOW, to wit, this  19th  day of  September, 2024, upon consideration of the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 1108 California Ave, White Oak, PA 15131-1303 filed by Nationstar Mortgage LLC, it is hereby **ORDERED, ADJUDGED AND DECREED**, that the Motion is granted and that the Automatic Stay and Codebtor Stay be and hereby are terminated as it affects the interest of the Creditor in and to the property located at 1108 California Ave, White Oak, PA 15131-1303 and more particularly described in the Mortgage, recorded August 21, 2018.

**IT IS FURTHER ORDERED** that Creditor may take all actions necessary to enforce its rights in the Property under state law. Additionally, the Court orders that the Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective immediately.

**IT IS FURTHER ORDERED** that further compliance with Fed.R.Bankr.P. 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay.

Prepared by:  Stephen R. Franks

Date:      9/19/2024

_____  sjk
JUDGE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

FILED
9/19/24 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20270-JAD |
| Jennifer Martino | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Martino, 1108 California Avenue, McKeesport, PA 15131-1303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 21, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Brent J. Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michael S. Geisler | on behalf of Debtor Jennifer Martino m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 1

| | |
|---|---|
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |

TOTAL: 8