**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JENNIFER MARTINO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:24-20270 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/04/2024 and confirmed on 04/22/2024 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,400.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,395.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 695.58 | |
|     Trustee Fee | 204.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 899.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 2,495.42 | 2,495.42 | 0.00 | 2,495.42 |
|     Acct: 9242 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0652 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9242 | | | | |
| | | | | 2,495.42 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER MARTINO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER MARTINO | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S GEISLER ESQ | 3,800.00 | 695.58 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| 24-20270 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    BIGS SANITATION INC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 1,641.77 | 0.00 | 0.00 | 0.00 |
|      Acct: 6750 | | | | |
|    MUNICIPAL AUTHORITY OF WESTMOREL | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MUNICIPAL AUTHORITY OF WESTMOREL | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 903.52 | 0.00 | 0.00 | 0.00 |
|      Acct: 4654 | | | | |
|    LVNV FUNDING LLC | 588.73 | 0.00 | 0.00 | 0.00 |
|      Acct: 2458 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 350.21 | 0.00 | 0.00 | 0.00 |
|      Acct: 0002 | | | | |
|    UPMC HEALTH SERVICES | 241.63 | 0.00 | 0.00 | 0.00 |
|      Acct: 8378 | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | | 2,495.42 |
|---|---|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 2,495.42 |
| UNSECURED | 3,725.86 |

Date: 01/09/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com